IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERMAINE D. OLIVER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CIVIL ACTION NO. 1:19-00153-JB-N |
| | ) |
| ADOC, *et al.*,<br>    Defendants. | )<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 7) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated June 28, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that all of Plaintiff Jermaine D. Oliver's federal claims are **DISMISSED without prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted, and that the federal claims against the Alabama Department of Corrections and the prison official defendants in their official capacities be **DISMISSED without prejudice** alternatively under 28 U.S.C. § 1915(e)(2)(B)(iii). It is further **ORDERED** that the Court declines to continue exercising supplemental jurisdiction over Oliver's state law claims and **DISMISSES** those claims **without prejudice**. Finally, the Court hereby certifies that any appeal by Oliver in this action would be without merit and therefore not taken in good faith, thus denying him entitlement to appeal in forma pauperis.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 26th day of July, 2019.

<span style="margin-left:50%">**s/JEFFREY U. BEAVERSTOCK**<br>**UNITED STATES DISTRICT JUDGE**</span>