IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERMAINE D. OLIVER,  )  <br>    Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> ADOC, *et al.*,  ) <br>    Defendants.  ) | CIVIL ACTION NO. 1:19-00153-JB-N |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendants and against the Plaintiff, such that all claims are **DISMISSED without prejudice**, in accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge.

**DONE** this the 26th day of July, 2019.

                                                  **s/JEFFREY U. BEAVERSTOCK**
                                                  **UNITED STATES DISTRICT JUDGE**